UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

RECEIVED
IN CLERK'S OFFICE
FEB 25 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

CRAIG CUNNINGHAM, Pro-se )
)
*Plaintiff* )
) CIVIL ACTION NO.: 3:15-cv-00011
v. )
)
United Collection Bureau )

*Defendants.*

### Plaintiff's Notice of Voluntary Dismissal With Prejudice

1. To the honorable US District Court:

2. Now comes the Plaintiff's request for voluntary dismissal of this lawsuit with prejudice. The parties have resolved the issues and have agreed to dismiss the case with each side bearing their own costs.

Respectfully submitted,

Craig Cunningham
Plaintiff, Pro-se
Mailing address:
5543 Edmondson Pike, ste 248
Nashville, tn 37211
828-291-7465
February 23, 2014

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

CRAIG CUNNINGHAM, Pro-se )
)
    *Plaintiff* )
) CIVIL ACTION NO.: 3:15-cv-00011
v. )
)
United Collection Bureau )

    *Defendants.*

## Certificate of Service

I certify that a true copy of the foregoing was mailed to the defendant's attorney of record: Bradley Davis: Chambliss, Bahner, and Stophel, PC Liberty Tower, ste 1700 605 Chestnut Street, Chattanooga, TN 37450. Via USPS first class mail on 2/23/2015.

Respectfully submitted,

Craig Cunningham

Plaintiff, Pro-se

Mailing address:

5543 Edmondson Pike, ste 248

Nashville, tn 37211

828-291-7465
February 23, 2014

5543 Edmondson Pike
Ste 248
Nashville TN 37211

ATTN Clerk
US District Court
801 Broadway
Nashville, TN 37211

NASHVILLE TN 370
5 FEB 2015 PM 3 L

RECEIVED
IN CLERK'S OFFICE
FEB 25 2015
U.S. DISTRICT COURT
MID. DIST. TENN.